UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE SKYLLINGSTAD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>　　　　　Defendant. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. CV18-0648BHS |

**XX**　**JURY VERDICT.** This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

___　**DECIDED BY THE COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Jury found Dale Skyllingstad's damages to be:

| | |
|---|---|
| Past and Future Economic Damages | $ 750,000 |
| Past and Future Non-Economic Damages | $7,000,000 |

Dated this 13th day of September, 2019.

William M. McCool
Clerk of Court

Gretchen Craft, Deputy Clerk

Judgment